# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

---

**United States of America**

**v.**

**APPEARANCE**

**Genevive Boohene**

**08 MAG 349**

**Defendant.**

---

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for: Genevive Boohene

I certify that I am admitted to practice in this court.

Date: 3/4/08

s/_____
Eric M. Sears
61 Broadway, Suite 1601
New York, NY  10006

Tel. 212-252-8560
Fax 212-267-3024
Cell: 917-929-2096
Email: emsearsesq@aol.com