```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :      INFORMATION

        -v.-                      :

GENEVIVE BOOHENE,                 :

              Defendant.          :

- - - - - - - - - - - - - - - - x
```

**08 CRIM 403**

COUNT ONE

The United States Attorney charges:

On or about April 10, 2006, in the Southern District of New York and elsewhere, GENEVIVE BOOHENE, the defendant, unlawfully, willfully, and knowingly did possess a false identification document with the intent that such document be used to defraud the United States, to wit, BOOHENE, a non-United States citizen, possessed a false United States passport with the intent to use it to defraud the United States into believing that she is a United States citizen.

(Title 18, United States Code, Section 1028(a)(4).)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 7 2008
```